ARCADE J. GRISE *vs.* EDWARD L. DUNN.

First Judicial District, Hartford, March Term, 1930.
WHEELER, C. J., MALTBIE, HAINES, HINMAN AND BANKS, Js.

Argued March 5th—decided March 6th, 1930.

*DeLancey S. Pelgrift,* for the appellant (defendant).

*Kendall M. Pierce,* for the appellee (plaintiff).

PER CURIAM.  The appeal, so far as argued, relies upon the claim that the subordinate facts found by the trial court do not justify its conclusion that, "The plaintiff was in the exercise of due care at the time of the accident."  As we read the finding we are of the opinion that this appeal is wholly without merit.

There is no error.